THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Howard Dance, Appellant.
 
 
 
 
 

Appeal from Sumter County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2010-UP-107
 Submitted January 4, 2010  Filed February
8, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia, and Solicitor C. Kelly Jackson, of
 Sumter, for Respondent. 
 
 
 

PER CURIAM:  Howard Dance appeals his convictions and
 sentences for two counts of criminal sexual conduct with a minor second degree
 and lewd act upon a minor, arguing the trial court erred in admitting certain
 expert testimony.  After a thorough review of the record,
 counsels brief, and Dance's pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.